**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Eugene Paul Cicardo, Jr.
Attorney at Law
P. O. Box 1128
Alexandria LA 71309

**REHEARING ACTION: November 18, 2009**

**Docket Number: 09   00042-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MICHAEL EDWARDS**

**Appealed from Natchitoches Parish Case No. C12271-1**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael Edwards** has this day been

> **DENIED.**

cc: Van Hardin Kyzar, Counsel for the Appellee
    Robert Stuart Wright, Counsel for the Appellee